UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL SALINAS,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY WANG, *et al.*,<br><br>    Defendants. | Case No.  1:19-00157-JDP<br><br>ORDER DENYING MOTION FOR DISCOVERY AS MOOT<br><br>ECF No. 14<br><br>ORDER DENYING MOTION FOR SUBPOENA<br><br>ECF No. 18 |

Plaintiff moved for discovery on January 14, 2020. The court entered a discovery and scheduling order on January 15, 2020. Thus, plaintiff's motion for discovery is denied as moot. ECF No. 14.

Plaintiff also moved for a subpoena to conduct discovery on January 30, 2020. ECF No. 18. However, plaintiff has failed to specify what documents he seeks to subpoena. The court will only consider granting a request for a subpoena if the documents sought are from a non-party, are not equally available to plaintiff, and are not obtainable from defendants through a request for production of documents. *See* Fed. R. Civ. P. 34. In any request for a subpoena, plaintiff must: (1) identify with specificity the documents sought and from whom; and (2) make a showing in the

request that the records are only obtainable through that third party. Therefore, plaintiff's motion for a subpoena is denied. ECF No. 18.

IT IS SO ORDERED.

Dated: February 10, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.