UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MICHAEL SALINAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFREY WANG, *et al.*,<br><br>　　　　Defendants. | Case No.   1:19-00157-JDP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO CONDUCT DISCOVERY AND MODIFYING THE SCHEDULING ORDER<br><br>ECF Nos. 15, 22 |

Plaintiff moves for an extension of time to conduct discovery, seeking to extend the September 15, 2020, deadline to December 15, 2020.  ECF No. 22.  Defendants do not oppose this motion and agree that extra time is needed because of the current pandemic.  ECF No. 23.  Accordingly,

1. Plaintiff's motion for an extension of time, ECF No. 22, is granted for good cause shown.
2. The Discovery and Scheduling Order, ECF No. 15, is modified to reflect a discovery deadline of December 15, 2020, and a dispositive motion deadline of January 26, 2021.  All other deadlines remain.

1

IT IS SO ORDERED.

Dated: __July 10, 2020__                      _____
                                              UNITED STATES MAGISTRATE JUDGE

No. 204.